# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Daniel Lewis Crowe, *Petitioner* | ) | |
| v. | ) | Civil Action No. 1:25-cv-13650-BHH |
| Curtis Earley, *Warden*, *Respondent* | ) | |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the petitioner *(name)* _________ recover from the respondent *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

■ other: the action is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury with Judge _______________ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____________ without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge.

Date: August 25, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/W. Milhouse

*Signature of Deputy Clerk*